Commonwealth *v*. Myrick, Appellant.

Submitted March 16, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*J. Graham Sale, Jr.* and *John J. Dean,* Assistant Public Defenders, and *George H. Ross,* Public Defender, for appellant.

*Robert L. Eberhardt,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, May 4, 1973:
Order affirmed.

Susquehanna Estates *v*. Walker, Appellant.

Argued May 25, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*John S. Manos*, with him *DePaul & Manos*, for appellant.

*Edward Friedman*, with him *Dechert, Price & Rhoads*, for appellee.

OPINION PER CURIAM, May 4, 1973:
Decree affirmed. Costs on the appellant.

## Commonwealth *v.* Talbert, Appellant.

Submitted January 8, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Marilyn J. Gelb*, for appellant.

*Milton M. Stein*, Assistant District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and